UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSHUA PENEYCAD, Individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br>vs.<br><br>RTX CORPORATION f/k/a RAYTHEON TECHNOLOGIES CORPORATION, GREGORY HAYES, NEIL MITCHILL, and ANTHONY F. O'BRIEN,<br><br>                  Defendants. | No. 3:23-cv-01035-JAM-RAR<br><br>Judge Jeffrey Alker Meyer<br><br><u>CLASS ACTION</u> |
| NEW ENGLAND TEAMSTERS PENSION FUND, Individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br>v.<br><br>RTX CORPORATION f/k/a RAYTHEON TECHNOLOGIES CORPORATION, GREGORY HAYES, NEIL MITCHILL, and ANTHONY F. O'BRIEN,<br><br>                  Defendants. | No. 3:23-cv-01274-JAM<br><br>Judge Jeffrey Alker Meyer<br><br><u>CLASS ACTION</u> |

**MOTION OF THE NORTHEAST PENSION FUNDS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF THEIR SELECTION <u>OF COUNSEL</u>**

**ORAL ARGUMENT REQUESTED**

New England Teamsters Pension Fund, Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund, and United Union of Roofers, Waterproofers & Allied Workers Local Union No. 8 WBPA Fund (collectively the "Northeast Pension Funds") hereby respectfully move the Court for entry of an Order pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) consolidating the above-captioned related actions (the "Related Actions") pursuant to Rule 42 of the Federal Rules of Civil Procedure; (2) appointing the Northeast Pension Funds as Lead Plaintiff; (3) approving the Northeast Pension Funds' selection of Labaton Sucharow LLP and Saxena White P.A. as Lead Counsel for the Class and Silver Golub & Teitell LLP as Additional Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that the Related Actions should be consolidated because they involve identical questions of law and fact, and on the grounds that the Northeast Pension Funds believe they are "the most adequate plaintiff" under the PSLRA and should, therefore, be appointed Lead Plaintiff. Specifically, the Northeast Pension Funds believe that they have the largest financial interest in the relief sought in this action. Further, the Northeast Pension Funds also satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of other Class members' claims and because they will fairly and adequately represent the interests of the Class. Moreover, the Northeast Pension Funds are paradigmatic Lead Plaintiffs under the PSLRA because they are sophisticated institutional investors with a substantial financial interest in the litigation, which guarantees effective monitoring and supervision of counsel. The Northeast Pension Funds respectfully request oral argument.

This Motion is based upon the accompanying Memorandum of Law in support thereof, the Declaration of Ian W. Sloss filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, the Northeast Pension Funds respectfully request that the Court: (1) consolidate the Related Actions; (2) appoint them as Lead Plaintiff pursuant to the PSLRA; (3) approve their selection of Labaton Sucharow LLP and Saxena White P.A. as Lead Counsel for the Class and Silver Golub & Teitell LLP as Additional Counsel for the Class; and (4) grant any such further relief as the Court may deem just and proper.

Dated: October 2, 2023

Respectfully submitted,

/s/ Ian W. Sloss
Ian W. Sloss (ct31244)
Johnathan Seredynski (ct30412)
**SILVER GOLUB & TEITELL LLP**
One Landmark Square, Floor 15
Stamford, CT 06901
Tel: (203) 425-4491
isloss@sgtlaw.com
jseredynski@sgtlaw.com

*Additional Counsel for New England Teamsters Pension Fund and Proposed Additional Counsel for the Class*

Eric J. Belfi (*pro hac vice* forthcoming)
Francis P. McConville (*pro hac vice* forthcoming)
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
ebelfi@labaton.com
fmcconville@labaton.com

*Counsel for New England Teamsters Pension Fund and Proposed Lead Counsel for the Class*

Lester R. Hooker (*pro hac vice* forthcoming)

2

        **SAXENA WHITE P.A.**
        7777 Glades Road, Suite 300
        Boca Raton, FL 33434
        Tel.: (561) 394-3399
        Fax: (561) 394-3382
        lhooker@saxenawhite.com

        - and -

        Marco A. Dueñas (*pro hac vice* forthcoming)
        **SAXENA WHITE P.A.**
        10 Bank Street
        White Plains, NY 10606
        Tel.: (914) 437-8551
        Fax: (888) 216-2220
        mduenas@saxenawhite.com

        *Counsel for the Westchester Putnam Counties*
        *Heavy & Highway Laborers Local 60 Benefits Fund*
        *and Waterproofers & Allied Workers Local Union*
        *No. 8 WBPA Fund and Proposed Lead Counsel for*
        *the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of October 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

/s/ Ian W. Sloss
Ian W. Sloss (ct31244)
