UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSHUA PENEYCAD, Individually and on behalf of all other similarly situated Plaintiff,<br><br>v.<br><br>RTX CORPORATION f/k/a RAYTHEON TECHNOLOGIES CORPORATION, GREGORY HAYES, NEIL MITCHELL, ANTHONY F. O'BRIEN, CHRISTOPHER T. CALIO, and SHANE EDDY, Defendants. | 3:23-cv-01035-VAB |

## JUDGMENT

This action having come before the Court for consideration of the Defendants' Motion to Dismiss before the Honorable Victor A. Bolden, United States District Judge; and, the Court having considered the full record of the case including applicable principles of law and having issued a Ruling and Order on September 12, 2025 granting said motion to dismiss, dismissing with prejudice Plaintiff's Exchange Act Claims, it is hereby

ORDERED, ADJUDGED and DECREED that judgment is hereby entered dismissing Plaintiff's Exchange Act Claims with prejudice, and the case is closed.

Dated at New Haven, Connecticut, this 17th day of September 2025.

DINAH MILTON KINNEY, CLERK

EOD: 9/17/25            BY: /s/ F. Velez
                             Frances Velez, Deputy Clerk