# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSHUA PENEYCAD, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>vs.<br><br>RTX CORPORATION f/k/a RAYTHEON TECHNOLOGIES CORPORATION, GREGORY HAYES, NEIL MITCHILL, ANTHONY F. O'BRIEN, CHRISTOPHER T. CALIO, and SHANE EDDY,<br><br>                Defendants. | No. 3:23-cv-01035-VAB<br><br>CLASS ACTION |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Lead Plaintiffs the New England Teamsters Pension Fund, Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund, and United Union of Roofers, Waterproofers & Allied Workers Local Union No. 8 WBPA Fund ("Plaintiffs" or "Lead Plaintiffs"), individually and on behalf of all others similarly situated, appeal to the United States Court of Appeals for the Second Circuit from: (i) the Ruling and Order on Motion to Dismiss, dated September 12, 2025 (ECF No. 134), and (ii) the Final Judgment, entered on September 17, 2025 (ECF No. 135). Plaintiffs file this appeal against all Defendants.

Dated: October 14, 2025                      Respectfully submitted,

                                                           */s/ Michael P. Canty*
                                                           Michael P. Canty (*pro hac vice*)
                                                           James T. Christie (*pro hac vice*)
                                                           Jacqueline R. Meyers (*pro hac vice*)
                                                           Kaicheng Yu (*pro hac vice*)
                                                           **LABATON KELLER SUCHAROW LLP**
                                                           140 Broadway
                                                           New York, NY 10005

Tel: (212) 907-0700
Fax: (212) 818-0477
mcanty@labaton.com
jchristie@labaton.com
jmeyers@labaton.com
nyu@labaton.com

*Counsel for New England Teamsters and Co-Lead Counsel for the Class*

Steven B. Singer (*pro hac vice*)
Kyla Grant (*pro hac vice*)
Joshua H. Saltzman (*pro hac vice*)
**SAXENA WHITE P.A.**
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 216-2220
ssinger@saxenawhite.com
kgrant@saxenawhite.com
jsaltzman@saxenawhite.com

- and –

Lester R. Hooker (*pro hac vice*)
Scott Koren (*pro hac vice*)
**SAXENA WHITE P.A.**
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382
lhooker@saxenawhite.com
skoren@saxenawhite.com

*Counsel for the Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund and United Union of Roofers, Waterproofers & Allied Workers Local Union No. 8 WBPA Fund and Co-Lead Counsel for the Class*

Ian W. Sloss (ct31244)
Johnathan Seredynski (ct30412)
**SILVER GOLUB & TEITELL LLP**
One Landmark Square, Floor 15
Stamford, CT 06901
Tel: (203) 425-4491

2

isloss@sgtlaw.com
jseredynski@sgtlaw.com

*Local Counsel for Lead Plaintiffs and for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 14, 2025, I caused the foregoing paper to be electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record.

DATED: October 14, 2025                    Respectfully submitted,

                                           */s/ Michael P. Canty*
                                           Michael P. Canty